UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALYSSA IZZO, JOHN WILSON,<br><br>Plaintiffs,<br><br>v.<br><br>PEOPLECONNECT INC,<br><br>Defendant. | CASE NO. C22-16 MJP<br><br>ORDER TO SHOW CAUSE |

The Court raises this matter sua sponte. After reviewing Plaintiffs' Complaint the Court notes that the claims presented in this matter appear to be related to and overlapping with the claims presented in Knapke v. PeopleConnect, Inc., C21-262MJP. (Compare Dkt. No. 1 with Knapke, Dkt. No. 1.) The Court ORDERS Plaintiffs to SHOW CAUSE why this matter should not be consolidated with the Knapke matter pursuant to Fed. R. Civ. P. 42. Consistent with Local Rule 42(b), the Court ORDERS Plaintiffs to confer with Defendant to determine whether the parties can reach agreement as to consolidation. Within 14 days of entry of this Order, Plaintiffs must meet and confer with Defendant and file their response of no more than 6 pages. Defendant

ORDER TO SHOW CAUSE - 1

1  may then file a response of no more than 6 pages 7 days later. Plaintiffs may then file a reply of
2  no more than 3 pages 4 days after Defendant files its response.
3      The clerk is ordered to provide copies of this order to all counsel.
4      Dated February 11, 2022.

*(signature)*

Marsha J. Pechman
United States Senior District Judge