UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALYSSA IZZO and JOHN WILSON, | CASE NO. C22-16 MJP |
| Plaintiffs, | ORDER STAYING CASE |
| v. | |
| PEOPLECONNECT, INC., | |
| Defendant. | |

Having reviewed the Joint Status Report filed by the Parties (Dkt. No. 16), the Court hereby STAYS this matter pending resolution of the appeal in Boshears v. PeopleConnect, Inc., No. 22-353262 (9th Cir.). The Parties must promptly notify the Court of the decision in Boshears, and do so within 7 days of the decision.

The clerk is ordered to provide copies of this order to all counsel.

Dated October 26, 2022.

Marsha J. Pechman
United States Senior District Judge

ORDER STAYING CASE - 1