UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALYSSA IZZO and JOHN WILSON, | CASE NO. C22-16 MJP |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| PEOPLECONNECT, INC., | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

In light of the Ninth Circuit's Opinion and Memorandum Disposition in <u>Boshears v. PeopleConnect, Inc.</u>, C21-1222 MJP, the Court ORDERS the Parties to meet and confer and submit an Amended Joint Status Report consistent with Federal Rule of Civil Procedure 26(f) and Local Civil Rule 26(f). The Parties must discuss and report on whether the Court should consolidate this action with <u>Boshears</u> pursuant to Federal Rule of Civil Procedure 42. And the Parties must discuss and report on what discovery regarding arbitration they wish to conduct and

any specific deadlines they wish the Court to set regarding arbitration that will enable the Court to decide any dispute concerning arbitration.

The Parties must meet and confer by no later than August 22, 2023 and submit the Amended Joint Status Report by no later than August 29, 2023. The Court will set a status conference with the Parties at a mutually-agreed-upon time after the Amended Report is filed.

The clerk is ordered to provide copies of this order to all counsel.

Filed August 15, 2023.

                                        Ravi Subramanian
                                        Clerk of Court

                                        s/Serge Bodnarchuk
                                        Deputy Clerk