UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALYSSA IZZO and JOHN WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PEOPLECONNECT, INC.,<br><br>Defendant. | CASE NO. C22-16 MJP<br><br>ORDER ON JOINT SUBMISSION REGARDING ARBITRATION DISCOVERY |

This matter comes before the Court on the Parties' Joint Submission Regarding Request for Arbitration Discovery. (Dkt. No. 31.) Having reviewed the Submission and all supporting materials, the Court ORDERS as follows:

1. Both Parties may conduct discovery related to arbitrability on the specific topics they have identified in the Submission. Defendant may investigate the five categories that it has identified through the methods it describes. (See Submission at 4-5.) Plaintiffs

      may also conduct discovery on the two topics they have identified through the methods they describe. (See id. at 8-9.)

2. Discovery related to arbitration must be completed within 90 days of entry of this order.

3. Defendant must file its motion to compel arbitration no later than 30 days after the completion of arbitration-related discovery. Defendant must note the motion for a decision no earlier than the fourth Friday after filing and service of the motion in accordance with Local Civil Rule 7(d)(3).

4. If Defendant decides that it will not file a motion to compel arbitration, Defendant must timely notify the Court no later than 30 days after the completion of arbitration-related discovery.

The clerk is ordered to provide copies of this order to all counsel.

Dated September 26, 2023.

Marsha J. Pechman
United States Senior District Judge