The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALYSSA IZZO and JOHN WILSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PEOPLECONNECT, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 2:22-cv-00016-MJP<br><br>JOINT MOTION AND PROPOSED ORDER TO EXTEND LIMITED FACT DISCOVERY DEADLINES<br><br>NOTE ON MOTION CALENDAR:<br>November 6, 2023 |

Pursuant to Fed. R. Civ. P. 26, Plaintiffs Izzo and Wilson and Defendant PeopleConnect, Inc., by and through their undersigned attorneys, respectfully request the Court to extend the deadline for the Parties to complete arbitration-related discovery to February 26, 2024 and extend the deadline for Defendant to answer or otherwise plead to March 27, 2024.

1. On September 26, 2023, the Court ordered the Parties to complete arbitration-related discovery by December 26, 2023. Dkt. 33. The Court also set deadlines for Defendant to answer or otherwise respond by January 25, 2024. *Id.*

JOINT MOTION AND PROPOSED ORDER TO EXTEND
LIMITED FACT DISCOVERY DEADLINES - 1
No. 2:22-cv-00016-MJP

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

2. The Parties have been diligently pursuing arbitration-related discovery. On September 28, 2023, Defendant served written discovery on Plaintiffs. On October 5, 2023, Plaintiffs served written discovery on Defendant. Plaintiffs responded on October 30, 2023. Defendant responded on November 3, 2023.

3. On October 20, 2023, Defendant served third-party subpoenas on Plaintiffs' counsel in *Boshears v. PeopleConnect, Inc.*, Case No. 21-cv-1222. Plaintiffs and Defendant, having met and conferred about the third-party subpoenas, have agreed that the Parties should wait to negotiate the agreed upon scope of any third-party subpoenas and to schedule any third-party depositions until after Plaintiffs in this matter and in *Boshears* have been deposed.

4. Fed. R. Civ. P. 26 provides the Court with the discretion to set the schedule for discovery.

5. The Parties thus jointly request that this Court extend the deadlines in its September 26, 2023 Scheduling Order by 60 days so that the Parties may have adequate time to negotiate the scope of the third-party subpoenas and take the third-party depositions after the Plaintiffs have been deposed.

**WHEREFORE**, Plaintiffs and Defendant respectfully requests this Court to extend the deadline for the Parties to complete arbitration-related discovery to February 26, 2024; and extend the deadline for Defendant to answer or otherwise plead to March 27, 2024.

/////

////

///

//

/

JOINT MOTION AND PROPOSED ORDER TO EXTEND
LIMITED FACT DISCOVERY DEADLINES - 2
No. 2:22-cv-00016-MJP

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

DATED this 6th day of November, 2023.

| | |
|---|---|
| **GORDON TILDEN THOMAS & CORDELL LLP** | **TURKE & STRAUSS LLP** |
| By: s/ *Michael Rosenberger*<br>Michael Rosenberger, WSBA #17730<br>600 University Street, 2915<br>Seattle, Washington 98101<br>Telephone: 206-467-6477<br>mrosenberger@gordontilden.com | By: s/ *Samuel J. Strauss*<br>Raina C. Borrelli (*pro hac vice*)<br>Samuel J. Strauss<br>613 Williamson St, Ste 201<br>Madison, WI 53703<br>Telephone: 608-237-1775<br>Facsimile: 608-509-4423<br>raina@turkestrauss.com<br>sam@turkestrauss.com |

Benjamin T. Halbig (*pro hac vice*)
**JENNER & BLOCK LLP**
455 Market Street, Suite 2100
San Francisco, California 94105
Telephone: 628-267-6800
bhalbig@jenner.com

*Attorneys for Plaintiffs* Alyssa Izzo and John Wilson

Debbie L. Berman (*pro hac vice*)
Wade A. Thomson (*pro hac vice*)
Clifford W. Berlow (*pro hac vice*)
**JENNER & BLOCK LLP**
353 North Clark Street
Chicago, IL 60654
Telephone: 312-222-9350
dberman@jenner.com
wthomson@jenner.com
cberlow@jenner.com

*Attorneys for Defendant PeopleConnect, Inc.*

IT IS SO ORDERED.

DATED: November 7, 2023

Marsha J. Pechman
United States District Judge

JOINT MOTION AND PROPOSED ORDER TO EXTEND LIMITED FACT DISCOVERY DEADLINES - 3
No. 2:22-cv-00016-MJP

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477