UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALYSSA IZZO and JOHN WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PEOPLECONNECT, INC.,<br><br>Defendant. | CASE NO. C22-16 MJP<br><br>ORDER DENYING JOINT MOTION TO EXTEND |

This matter comes before the Court on the Parties' Joint Motion and Proposed Order to Extend Deadlines. (Dkt. No. 38.) Having reviewed the Motion and all supporting materials, the Court DENIES the Motion without prejudice.

The Parties ask the Court to extend the February 26, 2024 deadline to complete arbitration-related discovery to April 26, 2024, and to extend the answer deadline from March 27, 2024 to May 31, 2024. (Dkt. No. 38.) This is the Parties' second request to extend these deadlines. (See Dkt. No. 35.) The Parties claim they need more time because the deposition of

ORDER DENYING JOINT MOTION TO EXTEND - 1

Plaintiff Wilson could not be completed on February 6, 2024 due to a personal health issue. The Parties have not rescheduled the deposition, but they insist it must occur before they complete third-party discovery of Plaintiffs' counsel. The Parties provide no information about the health issue or any information about why the deposition has not yet been rescheduled. Nor have they explained in any detail why they must depose Wilson before negotiating and completing the third-party discovery. This record lacks sufficient evidence of good cause to support a two-month delay given the absence of diligence in rescheduling the deposition and any detailed explanation that might justify the delay in completing the third-party discovery. While the Court might accept a brief extension of the deadlines to accommodate Wilson's deposition, the Court will not do so on the record presented. The Court DENIES the Motion without prejudice.

The clerk is ordered to provide copies of this order to all counsel.

Dated February 26, 2024.

Marsha J. Pechman
United States Senior District Judge