UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALYSSA IZZO and JOHN WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PEOPLECONNECT, INC.,<br><br>Defendant. | CASE NO. C22-16 MJP<br><br>ORDER ON MOTION TO EXTEND SCHEDULE |

This matter comes before the Court on Defendant's Motion and Proposed Order to Extend Deadlines. (Dkt. No. 52.) Having reviewed the unopposed Motion and recently denied Plaintiffs' Motion to Quash, the Court GRANTS the Motion. Defendant must answer or otherwise respond to the Complaint within twenty-one days of the completion of the depositions of Plaintiffs' counsel.

\\

\\

ORDER ON MOTION TO EXTEND SCHEDULE - 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Dated June 21, 2024.

*[signature]*

Marsha J. Pechman
United States Senior District Judge