UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALYSSA IZZO and JOHN WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PEOPLECONNECT, INC.,<br><br>Defendant. | CASE NO. C22-16 MJP<br><br>ORDER REVISING DEADLINES |

This matter comes before the Court <u>sua sponte</u>. On June 21, 2024, the Court granted Defendant's Motion to Extend Deadlines, allowing Defendant to "answer or otherwise respond to the Complaint within twenty-one days of the completion of the depositions of Plaintiffs' counsel." (Dkt. No. 55.) The Court's reasonable expectation was that the Parties would seek to complete the depositions of Plaintiffs' counsel within a sensible time.

It has now been three months since granting the extension and it is not apparent as to whether Defendant has deposed Plaintiffs' counsel or if a deposition is scheduled. The Court

finds it prudent to revisit the terms of its previous Order and set a more definite schedule to facilitate the swift resolution of this case.

Therefore, the Court ORDERS that Defendants shall answer or otherwise respond to the Complaint by October 9, 2024. Any extension to this deadline is predicated on a timely-scheduled deposition of Plaintiffs' counsel.

The clerk is ordered to provide copies of this order to all counsel.

Dated September 25, 2024.

Marsha J. Pechman
United States Senior District Judge