The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| ALYSSA IZZO and JOHN WILSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PEOPLECONNECT, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 2:22-cv-00016<br><br>[~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION TO STAY PROCEEDINGS<br><br>Noting Date: September 27, 2024 |

Before the Court is Plaintiffs' Unopposed Motion to Stay Proceedings ("Motion"). It is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that all deadlines in this case are stayed pending the Ninth Circuit's issuance of a mandate in PeopleConnect Inc.'s appeal of the Court's Order Denying Defendant's Motion to Dismiss and Motion to Compel Arbitration, entered on September 5, 2024, in the related Boshears v. PeopleConnect, Inc., 2:21-cv-01222-MJP.

//

//

[~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION TO STAY PROCEEDINGS – 1
Case No. 2:22-cv-00016

**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

Dated September 30, 2024

*[signature]*

Marsha J. Pechman
United States Senior District Judge

[~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION
TO STAY PROCEEDINGS – 2
Case No. 2:22-cv-00016

**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com